IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRENCE MOORE**                                                                                 **PLAINTIFF**
**ADC #105735**

v.                                        No. 4:24-cv-00125-LPR-PSH

**KENYON RANDLE, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 6) and the Plaintiff's Objections (Doc. 10). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with his individual capacity claims against Defendants Randle, Harris, Etherly, Smith, and Jones based on the denial of drinking fluids for five days. Plaintiff's official capacity claims for money damages against these Defendants are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. All of Plaintiff's claims against Defendant Emsweller (or others) based on his placement in a dry cell for five days are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. All of Plaintiff's claims against Defendants Payne, Straughn, Naylor, Lay, and Jackson are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of July 2024.

                                          _____
                                        LEE P. RUDOFSKY
                                        UNITED STATES DISTRICT JUDGE