IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRENCE MOORE**                                                                       **PLAINTIFF**
**ADC #105735**

v.             Case No. 4:24-cv-00125-LPR-PSH

**KENYON RANDLE, et al.**                                                 **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 58) and Plaintiff's Objections (Docs. 59 & 61). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against the Defendant currently identified as Danyelle Jones are DISMISSED without prejudice.

2. The Clerk is directed to TERMINATE Danyelle Jones as a party to this action.

3. Plaintiff's Motion to Extend Time (Doc. 60) is DENIED as moot.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 13th day of January 2026.

                                                      _____
                                                      LEE P. RUDOFSKY
                                                      UNITED STATES DISTRICT JUDGE